UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.A., individually and on behalf of her minor disabled child, N.S.A.; A.A. and C.F.A, ., individually
and on behalf of their minor disabled child, J.A., S.L.K. and A.A., individually and on behalf of
their minor disabled child, E.A.; J.B. and E.B., individually and on behalf of their minor disabled
child, O.B.; E.B. and A.B., individually and on behalf of their minor disabled child, A.B.; N.N.,
individually and on behalf of her minor disabled child, P.B.; G.B. and C.B., individually and on
behalf of their minor disabled child, A.B., S.B. and D.B., individually and on behalf of their minor
disabled child, S.B.; M.B. and J.B., individually and on behalf of their minor disabled child, A.B.;
Q.T.C., individually and on behalf of his minor disabled child, L.C.; S.C. and N.C., individually and
on behalf of their minor disabled child B.C.; J.C. and J.D., individually and on behalf of their minor
disabled child J.C.; D.D. and A.D., individually and on behalf of their minor disabled child, J.D.;
C.D. and M.D., individually and on behalf of their minor disabled child, L.D.; C.T. and T.D.,
individually and on behalf of their minor disabled child, E.D.; S.D. and M.D., individually and on
behalf of their minor disabled child, R.D.; J.E., individually and on behalf of his minor disabled
child, S.E.; E.F. and J.S., individually and on behalf of their minor disabled child, O.F.; H.C.F. and
C.F., individually and on behalf of their minor disabled child, R.F.; C.G.S. and H.G.S., individually
and on behalf of their minor disabled child, M.G.S.; M.H. and A.H., individually and on behalf of
their minor disabled child, E.H.; T.H. and M.H., individually and on behalf of their minor disabled
child, M.H.; C.H. and L.H., individually and on behalf of their minor disabled child, A.H.; Y.H. and
A.H., individually and on behalf of their minor disabled child, Y.H.; W.Y. and J.J., individually and
on behalf of their minor disabled child, Y.J.; N.H. and E.J., individually and on behalf of their minor
disabled child, R.J.; S.K. and J.K., individually and on behalf of their minor disabled child, J.K.;
J.K. and S.K., individually and on behalf of their minor disabled child, N.K.; J.W. and S.K.,
individually and on behalf of their minor disabled child, L.K.; S.F. and L.L., individually and on
behalf of their minor disabled child, L.L., L.W., individually and on behalf of her minor disabled
child, A.L., M.S. and B.M., individually and on behalf of their minor disabled child, Z.M.; D.W. and
D.M., individually and on behalf of their minor disabled child, M.M.; T.M. and M.M., individually
and on behalf of their minor disabled child, W.M.; J.G. and E.O.N., individually and on behalf of
their minor disabled child, J.O.N.; E.F. and G.N., individually and on behalf of their minor disabled
child, G.N.; N.N. and S.N., individually and on behalf of their minor disabled child, N.N.; C.N. and
B.N., individually and on behalf of their minor disabled child, J.N.; C.S., individually and on behalf
of her minor disabled child, L.S.O; G.O. and T.O., individually and on behalf of their minor
disabled child, M.O.; S.R. and Y.K., individually and on behalf of their minor disabled child, A.R.;
D.R. and E.R., individually and on behalf of their minor disabled child, R.R.; C.R. and H.R.,
individually and on behalf of their minor disabled child, S.R.; R.R. and D.R., individually and on
behalf of their minor disabled child, M.R.; A.R. and E.R., individually and on behalf of their minor
disabled child, M.R.; R.K. and J.K., individually and on behalf of their minor disabled child, A.R-
K.; J.R., individually and on behalf of her minor disabled child, K.R.; M.S. and D.S., individually
and on behalf of their minor disabled child, A.S.; M.S. and D.S., individually and on behalf of their
minor disabled child, B.S.; M.S. and R.S., individually and on behalf of their minor disabled child,
S.S.; M.S. and R.S., individually and on behalf of their minor disabled child, M.S.; A.S. and R.S.,
individually and on behalf of their minor disabled child, W.S.; Z.S. and C.S., individually and on
behalf of their minor disabled child, A.S.; J.S. and A.L., individually and on behalf of their minor
disabled child, E.S.; B.S. and M.S., individually and on behalf of their minor disabled child, K.S.;
K.S. and K.S., individually and on behalf of their minor disabled child, J.S.; J.S. and S.S.,

individually and on behalf of their minor disabled child, B.S.; F.S. and A.S., individually and on behalf of their minor disabled child, L.S.; S.R. and G.S., individually and on behalf of their minor disabled child, J.S.; A.S. and P.S., individually and on behalf of their minor disabled child, C.S.; D.S. and A.S., individually and on behalf of their minor disabled child, M.S.; R.J. and N.T., individually and on behalf of their minor disabled child, N.T.; K.T. and A.T., individually and on behalf of their minor disabled child, R.T.; J.T., individually and on behalf of his minor disabled child, T.T.; R.V. and C.V., individually and on behalf of their minor disabled child, B.V.; L.P.L., individually and on behalf of her minor disabled child, J.V.; P.W. and K.W., individually and on behalf of their minor disabled child, G.W; T.W. and A.W., individually and on behalf of their minor disabled child, S.W.; A.S. and J.W., individually and on behalf of their minor disabled child, J.W.; T.W., individually and on behalf of her minor disabled child, T.W.; Q.Y. and J.C., individually and on behalf of their minor disabled child, H.Y.; K.Y. and T.Y., individually and on behalf of their minor disabled child, T.Y.; E.Z., individually and on behalf of his minor disabled child, D.Z.; and E.Z., individually and on behalf of his minor disabled child, S.Z.;

Plaintiffs,

- against -

| | |
|---|---|
| CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK CITY COMPTROLLER'S OFFICE, ERIC ADAMS, in his representative role as Mayor of New York City, DAVID C. BANKS, in his representative role as Chancellor of the New York City Department of Education, and BRAD LANDER, in his representative role as New York City Comptroller, | 1:23 - CIV. - 01232    ( ) |

Defendants

1

## THE PARTIES

1. Plaintiff  N.S.A. (D.O.B. 09/14/08, case # 229279 and 216085) is a 13-year-old boy living  in New York City with his parent S.A., and is classified  with a learning  disability. N.S.A. attended the IDEAL School of Manhattan – Upper Campus. A Pendency entitlement memorialized  in an agreement  for case 229279 dated August 1, 2022, and an impartial  hearing officer's  pendency interim  order for case  216085 dated June  27, 2022, directed funding for tutoring  services  that, despite due demand by N.S.A.'s parents,  have not been fully  paid by the defendants. N.S.A.'s student identification  number is 216-125-104.

2. Plaintiff  J.A. (D.O.B. 1/23/03, case # 209263) is a 20-year old boy living  in the Bronx with  his  parents, A.A. and C.F.A, and is classified  with a speech or language  impairment. J.A. attended Children's  Academy. A final and non-appealable hearing officer's  decision dated November  29, 2022, based on case 209263, directed funding  for tuition  costs that, despite due demand  by J.A.'s parents,  have  not been  fully  paid  by the defendants.   J.A.'s student identification  number is 218-064-022.

3. Plaintiff  E.A. (D.O.B.  11/06/10, case # 209168 and 227241) is an 11-year-old boy living  in Brooklyn  with his parents, S.L.K. and A.A., and is classified  as having  autism spectrum disorder,  severe speech delays,  apraxia,  dyspraxia, hypotonia, strabismus,  and attention  and sensory  processing  difficulties.  E.A. attended Achievement  First Bushwick Elementary  School  and, by reason  of his unique  needs, receives  supplemental  support. A Pendency entitlement  memorialized  in an agreement  for case 209168 dated July 22, 2021, and for case 227241 dated September 6, 2022, directed funding  for services  that, despite due demand  by E.A.'s parents,  have  not been  fully  paid  by the defendants. E.A.'s student identification  number is 219-589-256.

3

4. Plaintiff O.B. (D.O.B. 07/13/2013, case # 221101 and 239516) is a 9-year-old girl who attended the Stephen Gaynor School and by reason of her unique needs, receives supplemental supports and services. O.B. resides in New York City with her parents, J.B. and E.B., and is classified as having a learning disability. A final and non-appealable hearing officer's decision dated November 19, 2022, based on case 221101, and a Pendency entitlement memorialized in an agreement for case 239516 dated January 10, 2023, directed funding for tuition and services costs that, despite due demand by O.B.'s parents, have not been fully paid by the defendants. O.B.'s student identification number is 242-731-289.

5. Plaintiff A.B. (D.O.B. 04/28/13, case # 237055) is a 9-year-old boy who attended Tribeca Preparatory, and reason of his unique needs, receives supplemental support and services. A.B. resides in New York City with his parents, E.B. and A.B. and is diagnosed with autism spectrum disorder but is currently classified with a speech or language impairment. A Pendency entitlement, based on case 237055, memorialized in an agreement dated November 4, 2022 directed funding for tuition costs that, despite due demand by A.B.'s parents, have not been fully paid for by the defendants. A.B.'s student identification number is 242-088-235.

6. Plaintiff P.B. (D.O.B. 08/11/2008, case # 205254) is a 15-year-old girl living in Brooklyn with her parent, N.N., and is diagnosed with a Learning Disability in reading, mathematics, and written expression and Attention/Concentration Deficit. P.B. attended Bay Ridge Preparatory School. A final and non-appealable hearing officer's decision dated September 29, 2022, based on case 205254, directed funding for tuition that, despite due demand by P.B.'s parents, have not been fully paid by the defendants. P.B.'s student identification number is 209-447-671.

7. Plaintiff A.B. (D.O.B. 10/28/2001, case 211001 and 227348) is a 21-year-old boy living in Brooklyn with his parents, G.B. and C.B., and is classified as having autism spectrum disorder. A.B. attended The Keswell School. A Pendency entitlement memorialized in an

agreement for case 211001 dated July 21, 2021, and case 227348 dated August 9, 2022, directed funding for tuition costs that, despite due demand by A.B.'s parents, have not been fully paid for by the defendants. A.B.'s student identification number is 207-270-612.

8. Plaintiff S.B. (D.O.B. 02/14/08, case # 184335, 195091, and 209600) is a 14-year-old boy who attended the Titus School, and by reason of his unique needs, receives supplemental support and services. S.B. resides in New York City with his parents, S.B. and D.B. and is classified with having autism spectrum disorder. A Pendency entitlement memorialized in an agreement, for case 209600 dated January 25, 2022, and for case 195091 dated June 17, 2020, and an Impartial Hearing Officer's order on Pendency for case 184335 dated September 19, 2019, directed funding for tuition and related services costs that, despite due demand by S.B.'s parents, have not been fully paid by the defendants. S.B.'s student identification number is 228-416-046.

9. Plaintiff A.B. (D.O.B. 11/09/15, case # 209031 and 227245) is a 7-year-old boy who attended the not for profit Manhattan Childrens Center, and by reason of his unique needs, receives supplemental support and services. A.B. resides in New York City with his parents, M.B. and J.B., and is classified as having autism spectrum disorder. A Pendency entitlement memorialized in agreement for case 209301 dated January 10, 2022, and for case 227245 dated November 1, 2022, directed funding for tuition and services costs that, despite due demand by A.B.'s parents, have not been fully paid by the defendants. A.B.'s student identification number is 246-784-789.

10. Plaintiff L.C. (D.O.B. 06/05/11, case # 211265) is an 11-year-old boy who attended PS 33 Chelsea Prep and receives supplemental support and services. L.C. resides in New York City with his parent, Q.T.C., and is classified as having autism spectrum disorder. A now final and non-appealable hearing officer's decision for case 211265 dated July 21, 2022 directed

funding for services that, despite due demand by R.F.'s parents, have not been fully paid by the defendants. L.C.'s student identification number is 235-617-198.

11. Plaintiff B.C. (D.O.B. 02/20/08, case # 239131) is a 14-year-old boy who attended the Browning School and receives supplemental support and services. B.C. resides in New York City with his parents, S.C. and N.C. and is classified as having autism spectrum disorder and ADHD. A pendency entitlement memorialized in an agreement for case 239131 dated November 23, 2022, directed funding for tuition costs that, despite due demand by B.C.'s parent, have not been fully paid by the defendants. B.C.'s identification number is 221-206-915.

12. Plaintiff J.C. (D.O.B. 02/20/07, case # 209949) is a 15-year-old girl who attended Atlas School and receives supplemental support and services. J.C. resides in New York City with her parents, J.C. and J.D., and is classified as having autism spectrum disorder. A pendency entitlement for case 209949 memorialized in an agreement dated September 15, 2021, directed funding for tuition costs that, despite due demand by J.C.'s parents, have not been fully paid by the defendants. J.C.'s student identification number is 221-339-823.

13. Plaintiff J.D. (D.O.B. 06/20/09, case # 209587 and 227554) is a 13-year-old girl who attended Manhattan Star Academy and receives supplemental support and services. J.D. resides in New York City with her parents, D.D. and A.D. and is classified with multiple disabilities. A Pendency entitlement memorialized in an agreements for case 209587 dated May 18, 2021, and for case 227554 dated October 21, 2021, directed funding for costs of related services of physical therapy, speech, and occupational therapy that, despite due demand by J.D.'s parent, have not been fully paid by the defendants. J.D.'s student identification number is 203-368-691.

14. Plaintiff L.D. (D.O.B. 08/22/14, case # 209589 and 227262) is an 8-year-old boy who attended the Gillen Brewer School and receives supplemental support and services. L.D. resides in New York City with his parents, C.D. and M.D., and is classified with Other Health

Impairment. Pendency orders memorialized in the agreements for case 209589 dated June 1, 2022, and for case 227262 dated August 10, 2022, directed funding supplemental support and services and that, despite due demand by L.D.'s parents, have not been fully paid by the defendants. L.D.'s student identification number is 244-019-808.

15. Plaintiff E.D. (D.O.B. 08/26/07, case # 227575) is a 15-year-old girl who attended the not-for-profit Manhattan Childrens Center, residing in New York City with her parents, C.D. and T.D. and is classified with having autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 227575 dated October 28, 2022, directed funding for tuition and services costs that, despite due demand by E.D.'s parents, have not been fully paid by the defendants. E.D.'s student identification number is 223-626-946.

16. Plaintiff R.D. (D.O.B. 07/14/09, case # 224273) is a 13-year-old boy who attended The Lang School, residing in Brooklyn with his parents, S.D. and M.D., and is classified with having a learning disability. A final and non-appealable hearing officer's decision for case 224273 dated September 23, 2022, directed funding for tuition costs that, despite due demand by R.D.'s parent, have not been fully paid by the defendants. R.D.'s identification number is 205-252-141.

17. Plaintiff S.E. (D.O.B. 02/02/05, case # 221419 and 228662) is a 17-year-old boy who attended the IDEA School of Manhattan and receives supplemental support and services. S.E. resides in New York City with his parent J.E., and is classified with spastic quadriplegic cerebral palsy, microcephaly and childhood apraxia of speech. A pendency entitlement memorialized by an agreement for case 221419 dated February 21, 2021, and an impartial hearing officer's order on pendency for case 228662 dated August 1, 2022, directed funding for tuition costs and services that, despite due demand by S.E.'s parent, have not been fully paid by the defendants. S.E.'s student identification number is 217-470-889.

18. Plaintiff O.F. (D.O.B.: 06/24/11, case # 228598 and 211277) is a 12-year-old boy

who attended the not-for-profit Manhattan Childrens Center and receives supplemental support and services. O.F. resides in Brooklyn with his parents E.F. and J.S., and is classified with autism spectrum disorder. A Pendency entitlement memorialized in an agreement for case 228598 dated August 15, 2022, and final and non-appealable hearing officer's decision for case 211277 dated October 28, 2021, directed funding for tuition costs that, despite due demand by O.F.'s parent, have not been fully paid by the defendants. O.F.'s student identification number is 242-701-977.

19. Plaintiff R.F. (D.O.B. 04/14/14, case # 227811) is an 8-year-old boy who attended the not-for-profit Manhattan Childrens Center and receives supplemental support and services. R.F. resides in New York City with his parents H.C.F and C.F. and is classified with an autism spectrum disorder. Pendency entitlement memorialized in agreement for case 227811 dated August 22, 2021, directed funding for transportation and services that, despite due demand by R.F.'s parents, have not been fully paid by the defendants. R.F.'s student identification number is 243-995-479.

20. Plaintiff M.G.S. (D.O.B. 02/07/16, case # 209639) is a 6-year-old boy who attended The Titus School and receives supplemental services and support. M.G.S. resides in New York City with his parents, C.G.S. and H.G.S., and is classified with autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 209639 dated July 19, 2021 directed funding for services that, despite due demand by M.G.S.'s parents, has also not been fully paid by the defendants. M.G.S.'s student identification number is 248-586-620.

21. Plaintiff E.H. (D.O.B. 08/05/14, case # 218104 and 228666) is a 7-year-old boy who attended the not-for-profit Manhattan Childrens Center and receives supplemental support and services. E.H. resides in New York City with his parents, M.H. and A.H., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case

218104 dated November 12, 2021, and for case 228666 dated August 16, 2022, directed funding for tuition costs that, despite due demand by E.H.'s parents, have not been fully paid by the defendants. E.H.'s student identification number is 242-379-865.

22. Plaintiff M.H. (D.O.B. 09/18/13, case # 210940) is an 9-year-old-boy who attended Tribeca Preparatory and receives supplemental support and services. M.H. resides in Brooklyn with his parents, T.H. and M.H., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in agreements dated August 5, 2021, directed funding for services costs that, despite due demand by M.H.'s parents, have not been fully paid. M.H.'s student identification number is 244-315-784.

23. Plaintiff A.H. (D.O.B. 10/25/12, case # 234518) is a 10-year-old girl who attended The Windward School and receives supplemental support and services. A.H. resides in Brooklyn with her parents, C.H. and L.H., and is classified with a learning disability in reading, mathematics, and written expression. A pendency entitlement memorialized in agreements for case 234518 dated October 19, 2022, directed funding for tuition and services costs that, despite due demand by A.H.'s parents, has not been fully paid. A.H.'s student identification number is 248-388-752.

24. Plaintiff Y.H. (D.O.B. 07/30/01, case # 227547) is a 21-year-old boy who attended the not-for-profit Manhattan Childrens Center and receives supplemental support and services. Y.H. resides in New York City with his parents, Y.H. and A.H., and is classified with multiple disabilities. A pendency entitlement memorialized in an agreement for case 227547 dated August 4, 2022, directed funding for tuition and services costs that, despite due demand by Y.H.'s parents, has not been fully paid. Y.H's student identification number is 207-618-059.

25. Plaintiff Y.J. (D.O.B. 03/31/2009, case # 207209) is a 13-year-old boy who attended

the New York child Learning Institute and receives supplemental support and services. Y.J. resides in Queens with his parents, W.Y. and J.J., and is classified with autism spectrum disorder. A final and non-appealable hearing officer's decision for case 207209 dated June 6, 2022, directed funding for services that, despite due demand by Y.J.'s parents, have not been fully paid by the defendants. Y.J.'s student identification number is 204-562-458.

26. The plaintiff R.J. (D.O.B. 12/03/14, case # 204792 and 239609) is an 8-year-old boy who attended home-based and community-based ABA services and receives supplemental support and services. R.J. resides in New York City with his parents, N.H. and E.J., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 204792 dated December 14, 2020, and for case 239609 dated November 18, 2022, directed funding for services costs that, despite due demand from R.J.'s parents, has not been fully paid. R.J.'s student identification number is 243-243-268.

27. The plaintiff J.K. (D.O.B. 12/02/10, case # 209222 and 227255) is a 12-year-old boy who attended Quad Preparatory School and received supplemental support and services. J.K. resides in New York City with his parents, J.H. and S.K., and is classified with an other health impairment. A pendency entitlement memorialized in an agreement for case 209222 dated July 23, 2021, and for case 227255 dated August 18, 2022, directed funding for services costs that, despite due demand from J.K.'s parents, has not been fully paid. J.K.'s student identification number is 223-504-044.

28. The plaintiff N.K. (D.O.B. 05/02/2011, case # 222523) is an 11-year-old girl who attended SINAI Elementary School at Joseph Kushner Hebrew Academy. N.K. lives with her parents, J.K. and S.K., in New York City and is classified with autism spectrum disorder. A final and non-appealable hearing officer's decision for case 222523 dated December 8, 2022, directed funding for services that, despite due demand by N.K.'s parents, have not been fully

paid by the defendants. N.K.'s student identification number is 235-346-616.

29. The plaintiff L.K. (D.O.B. 04/06/08, case # 209302 and 227276) is a 14-year-old boy who attended the Manhattan Childrens Center and receives supplemental support and services. L.K. resides in New York City with his parents, J.W. and S.K., and is classified with an autism spectrum disorder. Pendency entitlements memorialized in agreements for case 209302 dated August 3, 2021, and for case 227276 dated July 15, 2022, directing funding for tuition and services costs that, despite due demand from L.K.'s parents, has not been fully paid. L.K.'s student identification number is 229-146-923.

30. The plaintiff L.L.F. (D.O.B 01/06/2014, case # 223461) is a 9-year-old boy who attended The Lang School. L.L.F. resides in New York City with his parents, S.F. and L.L., and his classified with a Speech and Language Impairment. A final and non-appealable hearing officer's decision for case 223461 dated October 10, 2022, directed funding for tuition that, despite due demand by L.L.F.'s parents, have not been fully paid by the defendants. L.L.F.'s student identification number is 240-680-876.

31. The plaintiff A.L. (D.O.B 06/21/2006, case # 188048) is a 16-year-old girl who attended the IDEAL school. A.L. resides in the Bronx with her parent, L.W., and is classified with a Speech and Language Impairment. A final and non-appealable hearing officer's decision for case 188048 dated January 7, 2021, directed funding for tuition that, despite due demand by A.L.'s parents, have not been fully paid by the defendants. A.L.'s student identification number is 221-259-807.

32. The plaintiff Z.M. (D.O.B. 2/29/12, case # 209719 and 227489) is a 10-year-old girl who attended The IDEAL School of Manhattan – Lower Campus and receives supplemental support and services. Z.M. resides in New York City with her parents, M.S. and B.M., and is classified with multiple disabilities. A pendency entitlement memorialized in an agreement

for case 209719 dated December 17, 2021, and for case 227489 dated July 14, 2022, directed funding for tuition costs and transportation that, despite due demand from Z.M.'s parents, has not been fully paid. Z.M.'s student identification number is 237-500-210.

33. The plaintiff M.M. (D.O.B. 11/12/08, case # 195391) is a 14-year-old boy who attended Achievement First Bushwick Middle School and receives supplemental support and services. M.M. resides in Brooklyn with his parents, D.W. and D.M., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 195391 dated September 29, 2020, directed funding for related services costs that, despite due demand from M.M.'s parents, has not been fully paid. M.M.'s student identification number is 229-595-525.

34. The plaintiff W.M. (D.O.B. 03/11/15, case # 209165) is a 7-year-old boy who attended the Dwight School and receives supplemental support and services. W.M. resides in New York City with his parents, M.M. and T.M., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 209165 dated August 3, 2021, directed funding for tuition costs and services costs that, despite due demand from W.M.'s parents, has not been fully paid. W.M.'s student identification number is 246-063-275.

35. The plaintiff J.O.N. (D.O.B. 06/05/14, case # 209989) is an 8-year-old boy who attended Brooklyn Autism Center and receives supplemental support and services. J.O.N. resides in Rockaway Park with his parents, J.G. and E.O.N., and is classified with an autism spectrum disorder. A final and non-appealable hearing officer's decision dated 10/26/20 and a pendency entitlement memorialized in an agreement dated 12/8/20 directed funding for tuition costs and services costs that, despite due demand from J.O.N.'s parents, has not been fully paid J.O.N.'s student identification number is 244-254-033.

36. Plaintiff G.N. (D.O.B. 08/12/13, case # 209989) is a 9-year-old boy who attended the McCarton Center and receives supplemental support and services. G.N. resides in New York City with his parents, G.N. and E.F., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 209989 dated July 20, 2021, directed funding for tuition costs and services costs that, despite due demand from G.N.'s parents, has not been fully paid by the defendants. G.N.'s student identification number is 241-707-301.

37. The plaintiff N.N. (D.O.B. 01/08/12, case # 221498) is a 10-year-old boy who attended the Lang School and receives supplemental support and services. N.N. resides in Brooklyn with his parents, N.N. and S.N., and is classified with Autism, ADHD, and Specific Learning Disability with Written Expression. A final and non-appealable hearing officer's decision for case 221498 dated February 18, 2021 directed funding for tuition and services costs that, despite due demand from N.N.'s parents, has not been fully paid despite due demand from N.N.'s parents. N.N.'s student identification number is 243-032-307.

38. The plaintiff J.N. (D.O.B. 04/27/14, case # 209243) is an 8-year-old boy who attended Manhattan Behavioral Center and receives supplemental support and services. J.N. resides in New York City with his parents, C.N. and B.N., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 209243 dated July 2, 2021, directed funding for services costs that, despite due demand from J.N.'s parents, has not been fully paid by the defendants. J.N.'s student identification number is 243-819-349.

39. The plaintiff L.S.O. (D.O.B. 02/08/2011, case # 227282) is an 11-year-old girl who attended Manhattan Star Academy. L.S.O. resides in New York City with her parent, C.S., and is diagnosed with Rett Syndrome and apraxia. A pendency entitlement memorialized in an agreement for case 227282 dated August 24, 2022, directed funding for tuition costs that,

despite due demand from L.S.O.'s parents, has not been fully paid by the defendants. L.S.O.'s student identification number is 233-852-112.

40. The plaintiff M.K.O. (D.O.B. 12/28/2002, case 227258 and 209227) is a 20-year-old girl who attended the Rebecca School. M.K.O. resides in Queens with her parents, G.O. and T.O., and is diagnosed with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 209227 dated October 5, 2021 and for case 227258 dated July 12, 2022, directed funding for tuition costs and services that, despite due demand from M.K.O.'s parents, has not been fully paid by the defendants. M.K.O.'s

41. The plaintiff A.R. (D.O.B. 08/03/10, case # 209184 and 227248) is an 11-year-old girl who attended Manhattan Star Academy and receives supplemental support and services. A.R. resides in New York City with her parents, S.R. and Y.K., and is classified with multiple disabilities. A pendency entitlement memorialized in an agreement for case 209184 dated June 24, 2021, and for case 227248 dated July 21, 2022, directed funding for tuition and services costs that, despite due demand from A.R.'s parents, have not been fully paid. A.R.'s student identification number is 234-034-338.

42. The plaintiff R.R. (D.O.B 04/01/15, case # 209832 and 227278) is a 7-year-old boy who attended Tribeca Preparatory and receives supplemental support and services. R.R. resides in New York City with his parents, D.R. and E.R., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 209832 dated August 3, 2021, and for case 227278 dated July 14, 2022, directed funding for tuition and services costs that, despite due demand from R.R.'s parents, has not been fully paid. R.R.'s student identification number is 246-727-515.

43. The plaintiff S.R. (D.O.B 11/18/2016, case # 218652) is a 6-year-old boy who attended Tribeca Preparatory. S.R. resides in New York City with his parents, C.R. and H.R.,

and is classified with an autism spectrum disorder. A final and non-appealable hearing officer's decision for case 218652 dated December 27, 2022, directed funding for tuition and services costs that, despite due demand from S.R.'s parents, has not been fully paid. S.R.'s student identification number is 237-126-305.

44. The plaintiff M.R. (D.O.B 09/26/2001, case # 227244) is a 21-year-old girl who attended Shrub Oak International School. M.R. resides in Queens with her parents, R.R. and D.R., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 227244 dated July 1, 2022, directed funding for tuition costs that, despite due demand from M.R.'s parents, has not been fully paid. M.R.'s student identification number is 208-634-246.

45. The plaintiff M.R. (D.O.B. 08/28/16, case # 204413) is a 6-year-old boy who attended Up, Up and Away Services and receives supplemental support and services. M.R. resides in New York City with his parents, A.R. and E.R. and is classified with an autism spectrum disorder. A final and non-appealable hearing officer's decision for case 204413 dated April 16, 2022 directed funding for the costs of Plaintiff's program that, despite due demand from M.R.'s parents, has not been fully paid. M.R.'s student identification number is 240-379-966.

46. The plaintiff A.R-K. (D.O.B. 02/03/06, case # 227281) is a 16-year-old boy who attended the Manhattan Childrens Center and receives supplemental support and services. A.R-K resides in New York City with his parents, R.K. and J.K., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 227281 dated July 27, 2022, directed funding for the costs of Plaintiff's program that, despite due demand from A.R-K.'s parents, has not been fully paid. A.R-K.'s student identification number is 249-400-169.

47. The plaintiff K.R. (D.O.B. 01/20/11, case # 209854 and 227260) is an 11-year-old

girl who attended The Keswell School and receives supplemental support and services. K.R. resides in New York City with her parent, J.R., and is classified with an autism spectrum disorder. Pendency entitlements memorialized in agreements for case 209854 dated August 3, 2021, and for case 227260 dated September 27, 2022, directed funding for tuition costs and transportation costs that, despite due demand from K.R.'s parent, has not been fully paid. K.R.'s student identification number is 233-338-912.

48. The plaintiff A.S. (D.O.B. 03/28/2007, case # 227671) is a 15-year-old boy who attended the Rebecca School and receives supplemental support and services. A.S. resides in Staten Island with his parents, M.S. and D.S., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 227671 dated July 18, 2022 directed funding for services that, despite due demand from B.S.'s parents, has not been fully paid. A.S.'s student identification number is 241-902-253.

49. The plaintiff S.S. (D.O.B. 07/21/09, case # 223406 and 237143) is a 13-year-old girl who attended Aaron School. S.S. resides in Staten Island with her parents, M.S. and D.S., and is classified with an autism spectrum disorder. A final and non-appealable hearing officer's decision for case 223406 dated January 3, 2022 and a pendency entitlement memorialized in an agreement for case 237143 dated November 21, 2022, directed funding for tuition that, despite due demand from S.S.'s parents, has not been fully paid. S.S.'s student identification number is 244-278-651.

50. The plaintiff M.S. (D.O.B. 11/15/13, case # 221973) is a 9-year-old girl who attended Stephen Gaynor School and receives supplemental support and services. M.S. resides in New York City with her parents, M.S. and R.S., and is classified with a learning disability. A pendency entitlement memorialized in an agreement for case 221973 dated September 29, 2021 directed funding for tuition and services costs that, despite due demand from M.S.'s

parents, has not been fully paid. M.S.'s student identification number is 246-867-691.

51. The plaintiff W.S. (D.O.B. 07/09/04, case # 234740) is a 19-year-old boy who attended Winston Preparatory School and receives supplemental support and services. W.S. resides in New York City with his parents, A.S. and R.S., and is classified with Other Health Impairment. A pendency entitlement memorialized in an agreement for case 234740 dated October 19, 2022, directed funding for tuition costs that, despite due demand from W.S.'s parents, has not been fully paid. W.S.'s student identification number is 237-584-115.

52. The plaintiff A.S. (D.O.B. 08/14/2010, case # 208649) is an 11-year-old boy who attended The Ideal School. A.S. resides in New York City with his parents, Z.S. and C.S., and is classified with a learning disability. A final and non-appealable hearing officer's decision for case 208649 dated July 22, 2022, directed funding for tuition costs that, despite due demand from A.S.'s parents, has not been fully paid. A.S.'s student identification number is 201-084-613.

53. The plaintiff E.S. (D.O.B. 12/24/10, case # 227279) is a 12-year-old boy who attended the Manhattan Childrens Center and receives supplemental support and services. E.S. resides in New York City with his parents, J.S. and A.L., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 227279 dated July 18, 2022, directed funding for tuition costs that, despite due demand from E.S.'s parents, has not been fully paid. E.S.'s student identification number is 223-068-651.

54. The plaintiff K.S. (D.O.B. 10/30/2012, case # 227644) is a 10-year-old girl diagnosed with an IDD8p chromosomal anomaly which has resulted in profound global delays and significant physical fragility. She received intensive home-based 1:1 ABA/SIET instruction, related services, and participated in some mainstreaming opportunities at Hopscotch Montessori School. She resides in New York City with her parents, B.S. and M.S. A

pendency entitlement memorialized in an agreement for case 227644 dated August 29, 2022, directed funding for tuition and services costs that, despite due demand from K.S.'s parents, has not been fully paid. K.S.'s student identification number is 239-727-159.

55. The plaintiff J.S. (D.O.B. 04/24/12, case # 227487) is a 10-year-old boy who attended Manhattan Childrens Center and receives supplemental support and services. J.S. resides in New York City with his parents, K.S. and K.S., and is classified with an autism spectrum disorder. A final and non-appealable hearing officer's decision for case 227487 dated August 3, 2022, directed funding for tuition costs that, despite due demand from J.S.'s parents, has not been fully paid. J.S.'s student identification number is 208-520-551.

56. The plaintiff B.S. (D.O.B. 07/07/11, case # 222004) is an 11-year-old boy who attended Manhattan Day School and receives supplemental support and services. B.S. resides in New York City with his parents, J.S. and S.S., and is classified with a speech and language impairment. A pendency entitlement memorialized in an agreement for case 222004 dated May 2, 2022, directed funding for tuition and services costs that, despite due demand from B.S.'s parents, has not been fully paid. B.S.'s student identification number is 235-541-901.

57. The plaintiff L.S. (D.O.B. 07/13/2010, case # 227247) is an 11-year-old boy who attended The Foundry Center. L.S. resides in New York City with his parents, F.S. and A.S, and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 227247 dated July 25, 2022, directed funding for tuition costs that, despite due demand from L.S.'s parents, has not been fully paid. L.S.'s student identification number is 233-402-882.

58. The plaintiff J.S. (D.O.B. 08/23/2011, case # 226555) is an 11-year-old boy who attended Manhattan Childrens Center. J.S. resides in New York City with his parents, S.R. and G.S., and is classified with an autism spectrum disorder. A final and non-appealable

hearing officer's decision for case 226555 dated November 28, 2022, directed funding for tuition costs that, despite due demand from J.S.'s parents, has not been fully paid. J.S.'s student identification number is 241-663-079.

59. The plaintiff C.S. (D.O.B. 02/15/2012, case # 227275) is a 10-year-old girl who attended Pathways Children's School. C.S. resides in New York City with her parents, A.S. and P.S., and is classified with multiple disabilities, including a traumatic brain injury. A pendency entitlement memorialized in an agreement for case 227275 dated July 14, 2022, directed funding for tuition and services costs that, despite due demand from C.S.'s parents, has not been fully paid. C.S.'s student identification number is 238-146-773.

60. The plaintiff M.S. (01/22/14, case # 227252) is a 9-year-old girl who attended the Gillen Brewer School and receives supplemental support and services. M.S. resides in New York City with her parents, D.S. and A.S., and is classified with multiple disabilities. A Pendency entitlement memorialized in an agreement for case 227252 dated September 6, 2022, directed funding for tuition and related services costs that, despite due demand from M.S.'s parents, has not been fully paid. M.S.'s student identification number is 242-946-788.

61. The plaintiff N.T. (D.O.B 08/13/04, case # 227419 and 209171) is an 18-year-old boy who attended the Cooke School and Institute and receives supplemental support and services. N.T. resides in Brooklyn with his parents, R.J. and N.T., and is classified with an autism spectrum disorder. Pendency entitlements memorialized in agreements for case 227419 dated June 30, 2022, and case 209171 dated August 3, 3031, directed funding for services costs that, despite due demand from N.T.'s parents, has not been fully paid. N.T.'s student identification number is 215-755-430.

62. The plaintiff R.T. (D.O.B. 02/23/2014, case # 237101) is an 8-year-old boy who attended The Quad Preparatory School. R.T. resides in Brooklyn with his parents, K.T. and

A.T., and is classified with an other health impairment. A pendency entitlement memorialized in an agreement for case 237101 dated November 15, 2022, directed funding for tuition costs that, despite due demand from R.T.'s parents, has not been fully paid. R.T.'s identification number is 245-080-288.

63. The plaintiff T.T. (D.O.B. 03/03/14, case #224717 and 227283) is an 8-year-old boy who attended Tribeca Preparatory and receives supplemental support and services including an intensive 1:1 instruction program coupled with additional learning services. T.T. resides in New York City with his parent, J.T., and is classified with Autism. A pendency entitlement memorialized in an agreement for case 227283 dated July 13, 2022 and for case 224717 dated March 24, 2022, directed funding for services costs that, despite due demand from T.T.'s parents, has not been fully paid T.T.'s student identification number is 243-452-869.

64. The plaintiff B.V. (D.O.B. 06/02/17, case # 223050) is a 5-year-old girl who attended Yeled V'Yalda Early Childhood Program, and receives supplemental support and services. B.V. resides in Brooklyn with her parents, R.V. and C.V., and is classified with a disability. A pendency entitlement memorialized in an agreement for case 223050 dated December 22, 2021, directed funding for services that, despite due demand from B.V.'s parents was not fully paid. B.V.'s student identification number is 250-028-880.

65. The plaintiff J.V. (D.O.B. 02/14/2003, case # 227246) is a 19-year-old boy who attended Gersh Academy. J.V. resides in Queens, with his parent, L.P.L., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 227246 dated July 12, 2022, directed funding for tuition costs that, despite due demand from J.V.'s parents was not fully paid. J.V.'s student identification number is 211-848-031.

66. The plaintiff G.W. (D.O.B. 03/11/04, case # 210164) is an 18-year-old girl who attended Brooklyn Autism Center and receives supplemental support and services. G.W.

resides in Brooklyn with her parents, P.W. and K.W., and is classified with an autism spectrum disorder and is diagnosed with Rett Syndrome. A final and non-appealable hearing officer's decision dated August 8, 2020 and a pendency entitlement memorialized in an agreement for case 210164 dated July 21, 2021, directed funding for tuition costs that, despite due demand from G.W.'s parents, was not fully paid. G.W.'s student identification number is 215-592-213.

67. The plaintiff S.W. (D.O.B. 11/03/2003, case # 206547) is a 19-year-old girl who attended SINAI School. S.W. resides in New York City with her parents, T.W. and A.W., and is classified with an Intellectual Disability. A final and non-appealable hearing officer's decision for case 206547 dated July 19, 2022, directed funding for tuition costs that, despite due demand from S.W.'s parents, has not been fully paid. S.W.'s student identification number is 214-458-010.

68. The plaintiff J.W. (D.O.B. 10/28/2013, case # 208233 and 227740) is a 9-year-old boy who attended The Keswell School. J.W. lives in Queens with his parents, A.S. and J.W., and is classified with an autism spectrum disorder. A final and non-appealable hearing officer's decision for case 208233 dated July 1, 2022, and a pendency entitlement memorialized in a hearing officer's order on pendency for case 227740 dated August 1, 2022, directed funding for tuition and services costs that, despite due demand from J.W.'s parents, has not been fully paid. J.W.'s student identification number is 242-908-226.

69. The plaintiff T.W. (D.O.B. 07/09/2007, case # 188235 and 207166) is a 14-year-old girl who attended Yesodos-Bais Rochel with supports and services. T.W. lives in New York City with her parent, T.W., and is classified with an Intellectual Disability. A pendency entitlement memorialized in a hearing officer's order on pendency for case 188235 dated January 22, 2020, and for case 207166 dated May 19, 2022, directed funding for services

costs that, despite due demand from T.W.'s parents was not fully paid. T.W.'s student identification number is 223-537-234.

70. The plaintiff H.Y. (D.O.B. 09/04/2016, case # 205253) is a 6-year-old girl who attended The Lutheran School of Flushing and Bayside. H.Y. lives in Queens with her parents, Q.Y. and J.C., and is classified with an autism spectrum disorder. A final and non-appealable hearing officer's decision for case 205253 dated July 21, 2022, directed funding for tuition costs that, despite due demand from H.Y.'s parents, was not fully paid. H.Y.'s student identification number is 249-195-371.

71. The plaintiff T.Y. (D.O.B. 12/19/2001, case # 209929) is a 21-year-old boy who attended The Rebecca School. T.Y. resides in Queens, with his parents, K.Y. and T.Y., and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 209929 dated July 26, 2021, directed funding for tuition and services that, despite due demand from T.Y.'s parents was not fully paid. T.Y.'s student identification number is 207-572-942.

72. The plaintiff D.Z. (D.O.B. 01/31/2009, case # 212690) is a 13-year-old boy who attended Sinai School. D.Z. lives with his parent, E.Z., in New York City and is classified with an autism spectrum disorder. A pendency entitlement memorialized in an agreement for case 212690 dated September 10, 2021, directed funding for tuition and services that, despite due demand from D.Z.'s parents was not fully paid. D.Z.'s student identification number is 241-417-617.

73. The plaintiff S.Z. (D.O.B. 04/07/2006, case # 213015 and 233522) is a 16-year-old boy who attended Sinai School. S.Z. lives with his parent, E.Z., in New York City and is classified with an other health impairment. A pendency entitlement memorialized in an agreement for case 213015 dated September 30, 2021, and for case 233522 dated December

28, 2022, directed funding for tuition costs that, despite due demand from S.Z.'s parents was not fully paid. S.Z.'s student identification number is 223-712-571.

74. Plaintiffs are all residents of the State of New York, residing at all relevant times in New York City.

75. Although known to defendants through their assigned identification numbers, plaintiffs are not expressly named herein by their given names because of the privacy guarantees provided in the IDEA statute, as well as in the Family Educational Rights Privacy Act of 1974, 20 U.S.C. § 1232(g), and 34 C.F.R. § 99.[1]

76. Defendant City of New York is the municipality responsible for funding the New York City Department of Education pursuant to N.Y. Educ. Law Ch. 52-A.

77. Defendant Eric Adams is the Mayor of New York City, with his offices located at City Hall, and is named herein solely in his representative capacity.

78. Defendant, the New York City Department of Education ("DOE"), maintains an office at 52 Chambers Street, New York, New York 10007, and at other locations within New York City.

79. Defendant, David C. Banks, is the Chancellor of the DOE, with his principal offices located at 52 Chambers Street, New York, New York 10007, and is named herein solely in his representative capacity.

80. Defendant DOE is a "local educational agency" and school district organized under the laws of the State of New York. Both procedurally and substantively, defendant DOE was (and still is) statutorily obligated under the IDEA to: (a) provide disabled students living in New York City with a "free and appropriate public education" (FAPE); (b) observe, honor and enforce disabled students' automatic and unconditional "pendency" entitlements under the Act; (c) timely comply with any final and non-appealable adjudication directing the DOE

to fund appropriate private educational programs based on the express finding that the DOE failed to provide a student with a FAPE; and (d) implement and fund settlements of contested matters arising under the Act.

81. Defendant New York City Comptroller's Office, also sometimes known as New York City's "Bureau of Accountancy," maintains its offices at 1 Centre Street, New York, New York 10007, and dictates internal control procedures for all city agencies and entities, including but not limited to defendant DOE.

82. Defendant Brad Lander is the Comptroller of the City of New York, and is named herein solely in his representative capacity.

## JURISDICTION AND VENUE

83. Pursuant to 20 U.S.C. § 1415(I)(2)(A), 28 U.S.C. §1331 and §1367, this Court has jurisdiction of this action without regard to the amount in controversy.

84. Venue is proper in the Southern District of New York in that plaintiffs and defendants all reside, have offices, or are otherwise situated within this judicial district.

## THE NATURE OF THIS ACTION

85. This action is brought to secure money damages, declaratory and injunctive relief, and reasonable attorneys' fees as allowed by statute, arising out of defendants' repeated failures and refusals to release substantial funds that are due and owing to the plaintiffs forthwith without any defense, offset, excuse or fulfillment of conditions.

86. The subject funds are due and owing forthwith by reason of final and non-appealable rulings and/or automatic and unconditional pendency entitlements.

87. Upon information and belief, the DOE's failures, and the DOE's systemic and seemingly institutionalized failures set forth in this action are in direct violation of the DOE's "so ordered" agreement in the case AFC brought in 2003, L.V. v. NYC Department of

Education which settled in 2007 with the DOE's agreement to adhere to benchmarks for improving implementation, including that the DOE would implement payment orders within 35 days.

88. Parents, including some of the plaintiffs here, have borrowed from their life savings and from other limited resources and put those funds at risk in reliance upon the protections and civil rights incentives offered by the federal IDEA statute.

89. In situations involving final and non-appealable decisions, defendants are failing and refusing to make payment for the tuition and services due to be paid to plaintiffs in a timely fashion as is required by law.

90. In situations involving the automatic and unconditional entitlement of "pendency," defendants are failing and refusing to make timely payments on what is an unconditional statutory entitlement, as a matter of law.

91. Plaintiffs' counsel made diligent efforts to contact the DOE to follow up on and get the DOE to make the outstanding payments. Plaintiffs' counsel employs Reimbursement Specialists to pursue and recover monies that are due to be paid by defendants as a result of pendency orders, and final decisions. These Reimbursement Specialists have made multiple written and oral inquiries to find out why monies due to be paid to plaintiffs are being withheld by defendants. Plaintiffs have received either no response or no substantive explanation, leaving plaintiffs with no choice but to bring this action.

92. Plaintiffs and other similarly situated parents in New York City are relying on receipt of the monies that defendants are wrongfully withholding from plaintiffs without having any legitimate basis to do so. These funds are desperately needed by the plaintiffs to fund past and current educational programming. Defendants' undue delays in funding put many of plaintiffs' programs at risk.

93. Defendants' reckless and violative acts and omissions already represent a serious break in the supply chain that now threatens an irreparable and disastrous chain reaction. No school can operate without the funds needed to pay teachers and other expenses. Without receipt of the funds that plaintiffs have been relying upon and waiting many months to receive, at least some of the plaintiffs are in danger of losing their school placements. Thus, while plaintiffs certainly seek to recover the funds due and owing for payment by the DOE, this case is not just about money-it also is about plaintiffs' ongoing access to an appropriate education. Defendants' violative acts represent a clear and present threat to that access. Accordingly, defendants' failure and refusal to release plaintiffs' money is threatening plaintiffs (as well as the programs that they attend) with irreparable harm.

### FIRST CLAIM FOR RELIEF

94. Plaintiffs repeat and reallege the allegations set forth at paragraphs 1-91 as if fully set forth herein.

95. Defendants have violated and are in continuing violation of Plaintiffs' automatic and unconditional "pendency" entitlements and are liable to plaintiffs in money damages equal to the value of plaintiffs' respective "pendency" submissions to defendants, plus interest accrued and accruing. Defendants, as part of a pattern, have failed to fully honor and comply with what are now final and non-appealable administrative awards in plaintiffs' favor.

96. Plaintiffs' claims are not subject to any "exhaustion" requirement. By reason of defendants' failures as alleged above, defendants are liable and accountable to each of the plaintiffs in an amount to be determined by the Court, together with interest accrued and accruing and reasonable attorneys' fees.

### SECOND CLAIM FOR RELIEF

97. Plaintiffs repeat and reallege the allegations set forth at paragraphs 1-91 as if fully set forth herein.

98. Inasmuch as pendency is regarded as an automatic injunction that does not require the showing of imminent irreparable harm, plaintiffs should be entitled to preliminary and permanent injunctive relief from this Court for which any further violation would support a finding of contempt, together with reasonable attorneys' fees.

## THIRD CLAIM FOR RELIEF

99. The IDEA statute contains a fee shifting provision. Accordingly, as part of any relief ordered by the Court, should plaintiffs emerge as the substantially prevailing parties, the Court should award plaintiffs their reasonable attorneys' fees and costs.

WHEREFORE, it is respectfully submitted that this Court should:

    a.    award each plaintiff damages in an amount to be determined by the Court, together with interest and accruing;

    b.    grant plaintiffs a permanent injunction directing defendants to timely comply with their financial and statutory obligations to plaintiffs forthwith;

    c.    declare plaintiffs' status as "prevailing parties" and award plaintiffs the reasonable fees and costs of this action and the underlying administrative proceedings; and

    d.    grant plaintiffs such other, further and different relief as may be just under the circumstances.

Dated: February 14, 2023

New York, New York

*Gary S. Mayerson*

Gary S. Mayerson
Mayerson & Associates
Attorneys for Petitioners
330 West 38th Street, Ste. 600
New York, N.Y.  10018
(212) 365-7200